■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASAAN MCWILLIAMS, Appellant. [799 NYS2d 424]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered October 29, 2004, convicting him of manslaughter in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the record shows that he knowingly and voluntarily pleaded guilty to the crime of manslaughter in the second degree (*see People v Lopez*, 71 NY2d 662, 666-668 [1988]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. H. Miller, J.P., Ritter, Goldstein and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK NITTI, Appellant. [799 NYS2d 424]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Parker, J.), rendered June 19, 2002, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The record establishes that the defendant knowingly, intelligently, and voluntarily waived his right to appeal as part of his plea agreement (*see People v Callahan*, 80 NY2d 273 [1992]; *People v Seaberg*, 74 NY2d 1 [1989]). The defendant's valid waiver precludes review of the issue he raises on appeal. Adams, J.P., Krausman, Spolzino and Fisher, JJ., concur.